# CLERK'S COURTROOM MINUTE SHEET

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

       **v.**                                  **Case No. 5:21-cr-40111-HLT**

**NICHOLAS JOSEPH SMITH,**

       **Defendant.**

**Attorneys for Plaintiff:**    Sara Walton
                                        Lindsey Debenham
**Attorney for Defendant:**    Kirk Redmond

| JUDGE: | District Judge Holly L. Teeter | DATE: | 4/9/2024 |
|---|---|---|---|
| CLERK: | Misty Deaton | TAPE/REPORTER: | Dani Murray |
| INTERPRETER: | n/a | PROBATION: | Carly Feldhausen |

☒ For Details of Sentence See Judgment and Commitment Order

☒ Restitution Ordered under 18:3663                $   2,844,462.34  on count(s)
                                                                         $                       on count(s)

☒ **Total Restitution:**                               **$   2,844,462.34**

☐ Defendant Fined                                     $                       on count(s)
                                                 $                       on count(s)

☐ **Total Fine:**                                        $

☒ Defendant Assessed under 18:3013             $         100.00  on count(s)
                                                                       $                       on count(s)

☒ **Total Assessment:**                             **$         100.00**

☒ Count(s) <u>all remaining counts</u>  dismissed by the court on the motion of the United States.
☒ Government  ☒ Defendant    - Advised of right to appeal
☒ Defendant to voluntarily surrender: to BOP custody
☐ Defendant remanded to custody
☐ Stay of Execution    ☐ Granted       ☐ Denied
☒ Notes: Defendant and counsel appear in person. The Court confirms that Defendant received and reviewed with counsel the Presentence Investigation Report. Doc. 68. Defendant has three objections. Defendant moves to withdraw the objections as set forth in the full record. The Court **GRANTS** the request. The objections are withdrawn.