| AO 435<br>(Rev. 10/23)<br><br>*Please Read Instructions:* | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br><br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br><br>DUE DATE: |
|---|---|---|---|

| 1. NAME<br>Michael R. Munson (Central National Bank) | 2. PHONE NUMBER<br>(785) 379-4800 | 3. DATE<br>4/10/2024 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>mikem@centralnational.com | 5. CITY<br>Topeka | 6. STATE<br>KS | 7. ZIP CODE<br>66612 |

| 8. CASE NUMBER<br>21-CR-40111 | 9. JUDGE<br>Holly Teeter | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 4/9/2024 | 11. TO 4/9/2024 |
| 12. CASE NAME<br>USA v. Nicholas J. Smith | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Topeka | 14. STATE KS |

**15. ORDER FOR**

| | | | |
|---|---|---|---|
| ☐ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | Transcript of Entire Hearing |
| ☐ SENTENCING | | | Entire Sentencing Hearing |
| ☐ BAIL HEARING | | | 4/9/2024 |

**17. ORDER**

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to<br>Clerk for Records of the Court) | FIRST COPY | ADDITIONAL<br>COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☒ | ☐ | NO. OF COPIES | | |
| Next-Day | ☐ | ☐ | NO. OF COPIES | | |
| 2-Hour | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional) | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE *Michael R. Munson* | PROCESSED BY | |
| 19. DATE<br>4/10/2024 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY